```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                          TAMPA DIVISION
```

JAMES DESTINO,

        Plaintiff,

v.                            Case No. 8:17-cv-1487-T-33AEP

ALLIED CREDIT CONSULTANTS, LLC,
et al.,

        Defendants.
_____/

## **ORDER**

This matter comes before the Court sua sponte. Plaintiff instituted this action on June 21, 2017, by filing his Complaint in the Tampa Division of the Middle District of Florida. (Doc. # 1). After reviewing the Complaint, the Court ordered Plaintiff to show cause why the action should not be transferred to the Orlando Division pursuant to Local Rules 1.02(c) and 1.02(e). (Doc. # 8). Plaintiff timely responded and indicates he does not oppose such a transfer. (Doc. # 11). Because the Orlando Division has the greatest nexus to the cause, this action is transferred to the Orlando Division of the Middle District of Florida.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

(1) This action is **TRANSFERRED** to the Orlando Division of the Middle District of Florida pursuant to Local Rules 1.02(c) and 1.02(e).

(2) Once transferred is completed, the Clerk is directed to **CLOSE** this case.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 28th day of June, 2017.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE